AO 106 (Rev. 04/10)  Application for a Search Warrant



FILED _____ LODGED
_____ RECEIVED

FEB 07 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

INFORMATION ASSOCIATED WITH FIVE
FACEBOOK ACCOUNTS

)
)
)
)
)
)

Case No. MJ20-5018

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1073 | Unlawful Flight to Avoid Prosecution |

The application is based on these facts:

See Affidavit of FBI Special Agent Terrance G. Postma, attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Terrance G. Postma, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 02/07/2020 _____

_____
*Judge's signature*

City and state: Tacoma, Washington

Hon. David W. Christel, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

STATE OF WASHINGTON )
                    ) ss
COUNTY OF PIERCE    )

I, Terrance G. Postma, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1.      I have been employed as a Special Agent of the FBI since June 2002 and am currently assigned to the Seattle Division's Tacoma Resident Agency.  I am responsible for investigations of violent crime, fugitives, and bank robbery.  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to search the information described in Attachment A for the purpose of locating and apprehending Santiago Mederos who has a federal arrest warrant issued in the Western District of Washington for a charge of Unlawful Flight to Avoid Prosecution, Title 18, United States Code, Sections 1073 (MJ16-5179) arising from his flight from the Western District of Washington to avoid charges of murder, as described below.  There is also probable cause to search the information described in Attachment A for evidence in the fugitive investigation, as described in Attachment B.

## PURPOSE OF AFFIDAVIT

4.      I make this affidavit in support of an application for a search warrant for information associated with the following Facebook accounts ("Subject Accounts"):

AFFIDAVIT OF TERRANCE POSTMA – 1
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   (1) Facebook user ID 100017987410238 (Subject Account 1), registered under

2 the name Miguel Rivas, but for the reasons provided below, is believed to belong to Yoni

3 Mederos;

4   (2) Facebook user ID 100010794244770 (Subject Account 2), registered under

5 the name Eduardo Diaz, but for the reasons provided below, is believed to belong to Yoni

6 Mederos;

7   (3) Facebook user ID 100021797979653 (Subject Account 3), registered under

8 the name Joni Rivas Vazquez, but for the reasons provided below, is believed to belong

9 to Yoni Mederos;

10   (4) Facebook user ID 100021788499353 (Subject Account 4), registered under

11 the name Joni Rivas Vazquez, who for the reasons provided below, is believed to belong

12 to Yoni Mederos; and

13   (5) Facebook user ID 100014160819858 (Subject Account 5), registered under

14 the name Bob Raiders, who for the reasons provided below, is believed to belong to

15 Roberto Mederos;

16  5.  All of the requested information is stored at premises owned, maintained,

17 controlled, or operated by Facebook, a social networking company headquartered in

18 Menlo Park, California.  The information to be searched is described in the following

19 paragraphs and in Attachment A.  This affidavit is made in support of an application for a

20 search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require

21 Facebook to disclose to the government records and other information in its possession,

22 pertaining to the subscriber or customer associated with Subject Accounts 1 through 5.

**PRIOR APPLICATION**

24  6.  The Court previously issued a search warrant for the Subject Accounts on

25 September 19, 2017, under Case No. MJ17-5161; on November 22, 2017, under Case

26 No. MJ17-5201; on February 27, 2018, under Case No. MJ18-5042; on June 19, 2018,

27 under MJ18-5156; on November 9, 2018, under MJ18-5259; on February 8, 2019,

28 

AFFIDAVIT OF TERRANCE POSTMA – 2
USAO #2016R01184

1  MJ19-5019; and on November 22, 2019, under MJ19-5236.  A new warrant is necessary
2  to capture information created after November 22, 2019.

### SUMMARY OF PROBABLE CAUSE

4       7.       In 2010, Santiago Mederos fled from Tacoma to Mexico after the murder
5  of Camille Love and Jose Lucas.  Santiago Mederos has outstanding warrants for the
6  respective murders, and this Court has charged him for violation of Unlawful Flight to
7  Avoid Prosecution, Title 18, United States Code, Sections 1073 on September 30, 2016
8  under Case No. MJ16-5179.

9       8.       Investigation by law enforcement has revealed that Santiago Mederos is
10  active on Facebook under various aliases, and he is regular communication with his
11  siblings, including Yoni and Roberto Mederos.  Because evidence of the location of
12  Santiago Mederos, or those in contact with him, would be helpful in the investigation, the
13  government seeks information from the Facebook accounts associated with Yoni and
14  Roberto Mederos, as described below.

### STATEMENT OF PROBABLE CAUSE

16  **A. SANTIAGO MEDEROS AND THE LOVE AND LUCAS MURDERS**

17       9.       On February 7, 2010, Tacoma Police Department (TPD) officers
18  responded to the 5900 block of Portland Avenue regarding a shooting.  At the scene, TPD
19  officers and detectives discovered that Camile Love was the shooting victim.  Love died
20  from the injuries sustained in the shooting.  Based on interviews of witnesses and
21  informants who admitted to participation in the shooting, the TPD detectives concluded
22  that Santiago Mederos was the prime suspect in Love's murder and that the shooting was
23  a result of a gang turf war.

24       10.      On March 25, 2010, a homicide occurred within the city of Tacoma.  TPD
25  detectives identified the homicide victim as Jose Saul Lucas and identified the prime
26  suspect in his murder as Santiago Mederos.  Based on interviews of two witnesses, TPD
27  detectives concluded that Santiago Mederos, a known member of the Eastside Lokotes
28  Sureños (ELS) gang, and four other ELS gang members went to the residence of a rival

AFFIDAVIT OF TERRANCE POSTMA – 3
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  gang member, Reynaldo Orozco, to collect money.  When they could not find the rival

2  gang member, they broke into and damaged Orozco's car, which was parked at the

3  residence.  When three individuals, who lived with Orozco, realized that the ELS gang

4  members were vandalizing Orozco's vehicle, they confronted the gang members and a

5  fight ensued.  While attempting to flee the scene, Santiago Mederos and his accomplices

6  fired a single gunshot, which struck and killed one of Orozco's roommates, Jose Saul

7  Lucas.

8        11.      As a result of their initial investigation, TPD detectives obtained an arrest

9  warrant for Santiago Mederos for his involvement in the homicide.  Further investigation,

10 to include interviews with witnesses, friends and family members, revealed that Santiago

11 Mederos is aware that he has a warrant for his arrest and has subsequently gone into

12 hiding.

13        12.      Ashley Rios, a friend of Santiago Mederos, stated in an interview with

14 TPD detectives that she travelled to Mexico with Santiago Mederos, travelling to his

15 Aunt's residence in Guerrero, Mexico, shortly after the Lucas murder.

16        13.      Efforts to date to locate Santiago Mederos in Mexico have been

17 unsuccessful.

18 **B. SUBJECT ACCOUNTS**

19        14.      In Review of Facebook account activity obtained by investigators

20 pursuant to this Court's previous order MJ17-5095, authorized on May 18, 2017, reveals

21 that the user of Facebook account 100011253728130, registered to Joni Sebastian Rivaz

22 Mederos, sent messages to the user of Facebook account 100003748939546, registered

23 under Roberto Mederos, indicating that "J" was arrested and that "mom n dad wer (sic)

24 hear (sic) n shit went down."  Around the same time these messages were sent, Jesus

25 Mederos, brother of Santiago Mederos, had been arrested in Mexico by Mexican

26 authorities.  Jesus Mederos is currently in custody following his extradition to the United

27 States.  Review of law enforcement databases reveal that Yoni, Roberto, Jesus, and

28 Santiago Mederos are brothers and have lived in Pierce County, Washington.

AFFIDAVIT OF TERRANCE POSTMA – 4
USAO #2016R01184

1          15.     On June 11, 2017, the user of Subject Account 1 posted a photograph of a

2     young girl.  The photograph is available for viewing by any Facebook user.  In the

3     photograph, the young girl is wearing a shirt with horizontal black and white stripes with

4     a gold heart and v and black pants.  In the background of the photograph is a television

5     with wires on the wall above the television.  A photograph of the same girl, in a similar

6     pose, wearing the same shirt and pants and the same television with wires on the wall

7     above the television was posted on Facebook account 100011253728130, registered to

8     Joni Sebastian Rivaz Mederos, on February 3, 2017.  That account, ending in 8130, was

9     the same account that referred to "J" and "mom and dad" in a message to Roberto

10    Mederos.

11         16.     Review of Subject Account 1 available to any Facebook user reveals that

12    Subject Account 1 has 41 friends listed.  Review of Facebook account

13    100011253728130, registered to Joni Sebastian Rivaz Mederos, available to any

14    Facebook user reveals that the account ending in 8130 has 49 friends listed.  Comparison

15    of the friends listed in Subject Account 1 and Facebook account ending in 8130 reveals

16    that these accounts have six Facebook friends in common.

17         17.     Review of Facebook account activity obtained by investigators pursuant

18    to this Court's previous order MJ17-5095, authorized on May 18, 2017, reveals that the

19    user of the account ending in 8130 (believed to be Yoni Mederos for the reasons stated

20    above) changed his Facebook phone number to +527774159083 on March 14, 2017.  A

21    search of the telephone number +527774159083 in Facebook reveals that Subject

22    Account 2 is associated with the same telephone number.  There is no information

23    viewable to Facebook users regarding Subject Account 2.

24         18.     On August 27, 2017, the user of Subject Account 3 posted a photograph

25    of a young girl wearing a shirt with red and white horizontal stripes and white lace

26    around the neck area.  The photograph is available to any Facebook user.  In the

27    background of the photograph, there is a television on a stand with a sheet over the stand.

28    A photograph of the same girl, in a similar pose, wearing the same shirt and the same

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  sheet over a television stand in the background was posted to Subject Account 1 on

2  August 31, 2017. Review of information about Subject Account 3 available to any

3  Facebook user reveals that Subject Account 3 has 13 friends listed. One of those is

4  Subject Account 1, and the remaining 12 are all friends of Subject Account 1.

5      19.      On August 26, 2017, the user of Subject Account 4 posted a photograph

6  of a young girl wearing a white tank top shirt. The photograph, available to any

7  Facebook user, includes a background of a checkerboard-pattern brick wall with white

8  and red bricks. A photograph of the same girl, in a similar pose wearing the same shirt

9  and the same checkerboard-pattern brick wall was posted on the Facebook account

10 ending in 8130, registered to Joni Sebastian Rivaz Mederos, on October 7, 2016.

11      20.      Based on the association of Subject Accounts 1, 2, 3, and 4 to each other

12 and to Facebook account 100011253728130, registered to Joni Sebastian Rivaz Mederos,

13 there is probable cause to believe that Yoni Mederos, brother of Santiago Mederos, is the

14 user of Subject Accounts 1, 2, 3, and 4.

15      21.      Subject Account 5 is registered under the name Bob Raiders. Review of

16 Facebook account activity obtained by investigators pursuant to this court's previous

17 order MJ17-5108, authorized on June 13, 2017, reveals that on September 29, 2016, the

18 user of Subject Account 5 shared a cookie with Facebook accounts 100003748939546,

19 registered under Roberto Mederos, and 100013559616886, registered under Roberto

20 Mederos. The shared cookie between these accounts and Subject Account 5 indicates

21 that the users use the same machine and are thus likely all used by Roberto Mederos,

22 brother of Santiago Mederos.

23 **C. FACEBOOK INFORMATION STORAGE**

24      22.      I am aware from my experience and training, and consultation with other

25 investigators, of the following information about Facebook:

26      23.      Facebook owns and operates a free-access social networking website of

27 the same name that can be accessed at http://www.facebook.com. Facebook allows its

28 users to establish accounts with Facebook, and users can then use their accounts to share

AFFIDAVIT OF TERRANCE POSTMA – 6
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   written news, photographs, videos, and other information with other Facebook users, and
2   sometimes with the general public.

3       24.    Facebook asks users to provide basic contact and personal identifying
4   information to Facebook, either during the registration process or thereafter.  This
5   information may include the user's full name, birth date, gender, contact e-mail
6   addresses, Facebook passwords, Facebook security questions and answers (for password
7   retrieval), physical address (including city, state, and zip code), telephone numbers,
8   screen names, websites, and other personal identifiers.  Facebook also assigns a user
9   identification number to each account.

10       25.    I know from speaking with other law enforcement that "cookies" are
11   small files placed by a server (such as those used by Facebook) on a device to track the
12   user and potentially verify a user's authentication status across multiple sites or
13   webpages.  This cookie could be unique to a particular account (e.g., the Facebook
14   account) or to a given device (e.g., the particular phone used to access the Facebook
15   account). The next time a user visits a particular site or server, the server will ask for
16   certain cookies to see if the server has interacted with that user before.  Cookies can also
17   be used to determine "machine cookie overlap," or multiple accounts that have been
18   accessed by the same individual machine (e.g., two Facebook accounts that have been
19   accessed on the same phone).  The machine cookie overlap thus allows Facebook to track
20   accounts that are "linked" to each other because the same user account (username on a
21   computer) on the same device accessed multiple Facebook accounts.  This can identify
22   either multiple Facebook accounts used by the same person or used by different people
23   sharing the same user account and device.  In either case, the machine cookie overlap
24   means that the users of the linked accounts are the same person or two people in close
25   proximity to each other.

26       26.    Facebook users may join one or more groups or networks to connect and
27   interact with other users who are members of the same group or network.  Facebook
28   assigns a group identification number to each group.  A Facebook user can also connect

AFFIDAVIT OF TERRANCE POSTMA – 7
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   directly with individual Facebook users by sending each user a "Friend Request." If the

2   recipient of a "Friend Request" accepts the request, then the two users will become

3   "Friends" for purposes of Facebook and can exchange communications or view

4   information about each other. Each Facebook user's account includes a list of that user's

5   "Friends" and a "News Feed," which highlights information about the user's "Friends,"

6   such as profile changes, upcoming events, and birthdays.

7       27.     Facebook users can select different levels of privacy for the

8   communications and information associated with their Facebook accounts. By adjusting

9   these privacy settings, a Facebook user can make information available only to himself or

10  herself, to particular Facebook users, or to anyone with access to the Internet, including

11  people who are not Facebook users. A Facebook user can also create "lists" of Facebook

12  friends to facilitate the application of these privacy settings. Facebook accounts also

13  include other account settings that users can adjust to control, for example, the types of

14  notifications they receive from Facebook.

15      28.     Facebook users can create profiles that include photographs, lists of

16  personal interests, and other information. Facebook users can also post "status" updates

17  about their whereabouts and actions, as well as links to videos, photographs, articles, and

18  other items available elsewhere on the Internet. Facebook users can also post information

19  about upcoming "events," such as social occasions, by listing the event's time, location,

20  host, and guest list. In addition, Facebook users can "check in" to particular locations or

21  add their geographic locations to their Facebook posts, thereby revealing their geographic

22  locations at particular dates and times. A particular user's profile page also includes a

23  "Wall," which is a space where the user and his or her "Friends" can post messages,

24  attachments, and links that will typically be visible to anyone who can view the user's

25  profile.

26      29.     Facebook allows users to upload photos and videos. It also provides users

27  the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is

28  tagged in a photo or video, he or she receives a notification of the tag and a link to see the

AFFIDAVIT OF TERRANCE POSTMA – 8
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  photo or video.  For Facebook's purposes, the photos and videos associated with a user's
2  account will include all photos and videos uploaded by that user that have not been
3  deleted, as well as all photos and videos uploaded by any user that have that user tagged
4  in them.

5      30.     Facebook users can exchange private messages on Facebook with other
6  users.  These messages, which are similar to e-mail messages, are sent to the recipient's
7  "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well
8  as other information.  Facebook users can also post comments on the Facebook profiles
9  of other users or on their own profiles; such comments are typically associated with a
10 specific posting or item on the profile.  In addition, Facebook has a Chat feature that
11 allows users to send and receive instant messages through Facebook.  These chat
12 communications are stored in the chat history for the account.  Facebook also has a Video
13 Calling feature, and although Facebook does not record the calls themselves, it does keep
14 records of the date of each call.

15     31.     If a Facebook user does not want to interact with another user on
16 Facebook, the first user can "block" the second user from seeing his or her account.

17     32.     Facebook has a "like" feature that allows users to give positive feedback
18 or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as
19 well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook
20 users can also become "fans" of particular Facebook pages.

21     33.     Facebook has a search function that enables its users to search Facebook
22 for keywords, usernames, or pages, among other things.

23     34.     Each Facebook account has an activity log, which is a list of the user's
24 posts and other Facebook activities from the inception of the account to the present.  The
25 activity log includes stories and photos that the user has been tagged in, as well as
26 connections made through the account, such as "liking" a Facebook page or adding
27 someone as a friend.  The activity log is visible to the user but cannot be viewed by
28 people who visit the user's Facebook page.

AFFIDAVIT OF TERRANCE POSTMA – 9
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    35.    Facebook Notes is a blogging feature available to Facebook users, and it
2  enables users to write and post notes or personal web logs ("blogs"), or to import their
3  blogs from other services, such as Xanga, LiveJournal, and Blogger.

4    36.    The Facebook Gifts feature allows users to send virtual "gifts" to their
5  friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase,
6  and a personalized message can be attached to each gift.  Facebook users can also send
7  each other "pokes," which are free and simply result in a notification to the recipient that
8  he or she has been "poked" by the sender.

9    37.    Facebook also has a Marketplace feature, which allows users to post free
10  classified ads.  Users can post items for sale, housing, jobs, and other items on the
11  Marketplace.

12    38.    In addition to the applications described above, Facebook also provides
13  its users with access to thousands of other applications on the Facebook platform.  When
14  a Facebook user accesses or uses one of these applications, an update about that the
15  user's access or use of that application may appear on the user's profile page.

16    39.    Some Facebook pages are affiliated with groups of users, rather than one
17  individual user.  Membership in the group is monitored and regulated by the
18  administrator or head of the group, who can invite new members and reject or accept
19  requests by users to enter.  Facebook can identify all users who are currently registered to
20  a particular group and can identify the administrator and/or creator of the group.
21  Facebook uses the term "Group Contact Info" to describe the contact information for the
22  group's creator and/or administrator, as well as a PDF of the current status of the group
23  profile page.

24    40.    Facebook uses the term "Neoprint" to describe an expanded view of a
25  given user profile.  The "Neoprint" for a given user can include the following information
26  from the user's profile:  profile contact information; News Feed information; status
27  updates; links to videos, photographs, articles, and other items; Notes; Wall postings;
28  friend lists, including the friends' Facebook user identification numbers; groups and

AFFIDAVIT OF TERRANCE POSTMA – 10
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   networks of which the user is a member, including the groups' Facebook group

2   identification numbers; future and past event postings; rejected "Friend" requests;

3   comments; gifts; pokes; tags; and information about the user's access and use of

4   Facebook applications.

5       41.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or

6   IP address.  These logs may contain information about the actions taken by the user ID or

7   IP address on Facebook, including information about the type of action, the date and time

8   of the action, and the user ID and IP address associated with the action.  For example, if a

9   user views a Facebook profile, that user's IP log would reflect the fact that the user

10  viewed the profile, and would show when and from what IP address the user did so.

11      42.     Social networking providers like Facebook typically retain additional

12  information about their users' accounts, such as information about the length of service

13  (including start date), the types of service utilized, and the means and source of any

14  payments associated with the service (including any credit card or bank account number).

15  In some cases, Facebook users may communicate directly with Facebook about issues

16  relating to their accounts, such as technical problems, billing inquiries, or complaints

17  from other users.  Social networking providers like Facebook typically retain records

18  about such communications, including records of contacts between the user and the

19  provider's support services, as well as records of any actions taken by the provider or

20  user as a result of the communications.

21      43.     Therefore, the computers of Facebook are likely to contain all the material

22  described above, including stored electronic communications and information concerning

23  subscribers and their use of Facebook, such as account access information, transaction

24  information, and other account information.  I believe such information is likely to help

25  me locate the fugitive described in this affidavit.

26          **INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

27      44.     I anticipate executing this warrant under the Electronic Communications

28  Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by

AFFIDAVIT OF TERRANCE POSTMA – 11
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  using the warrant to require Facebook to disclose to the government copies of the records

2  and other information (including the content of communications) particularly described in

3  Section I of Attachment B.  Upon receipt of the information described in Section I of

4  Attachment B, government-authorized persons will review that information to locate the

5  items described in Section II of Attachment B.

6      45.     As indicated in the Motion for Nondisclosure and Motion to Seal that

7  accompany this affidavit, the government requests, pursuant to the preclusion of notice

8  provisions of Title 18, United States Code, Section 2705(b), that Facebook be ordered not

9  to notify any person (including the subscriber or customer to which the materials relate)

10  of the existence of this warrant for such period as the Court deems appropriate.  The

11  government submits that such an order is justified because notification of the existence of

12  this Order would seriously jeopardize the ongoing investigation.  Such a disclosure would

13  give the subscriber an opportunity to destroy evidence, change patterns of behavior,

14  notify confederates, or flee or continue his flight from prosecution.

15      46.     It is further respectfully requested that this Court issue an order sealing all

16  papers submitted in support of this application, including the application and search

17  warrant until such dates as provided in the proposed Order.  I believe that sealing this

18  document is necessary because the items and information to be seized are relevant to an

19  ongoing investigation.  Premature disclosure of the contents of this affidavit and related

20  documents may have a significant and negative impact on the continuing investigation

21  and may severely jeopardize its effectiveness.

22                          **CONCLUSION**

23      47.     Based on the forgoing, I request that the Court issue the proposed search

24  warrant.  This Court has jurisdiction to issue the requested warrant because it is "a court

25  of competent jurisdiction" as defined by 18 U.S.C. § 2711.  *See* 18 U.S.C. §§ 2703(a),

26  (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . .

27  that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

28  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not

1  required for the service or execution of this warrant.  Accordingly, by this Affidavit and

2  Warrant, I seek authority for the government to search all of the items specified in

3  Section I, Attachment B (attached hereto and incorporated by reference herein) to the

4  Warrant, and specifically to seize all of the data, documents and records that are

5  identified in Section II to that same Attachment.

6

7

8  TERRANCE G. POSTMA

9  Special Agent

   Federal Bureau of Investigation

10

11      The above-named agent provided a sworn statement attesting to the truth of the

12  contents of the foregoing affidavit on this 7ᵗʰ day of February, 2020.

13

14

15  HON. DAVID W. CHRISTEL

16  United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF TERRANCE POSTMA -- 13
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following five accounts, each identified by Facebook user ID ("Subject Accounts"): (1) 100017987410238; (2) 100010794244770; (3) 100021797979653; (4) 100021788499353; and (5) 100014160819858, for all such information that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.  This warrant is limited to information created after November 22, 2019.

ATTACHMENT A
PROPERTY TO BE SEARCHED
USAO #2016R01184

— 1 —

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**ATTACHMENT B**

**Particular Things to be Seized**

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

   A.  The following information about the customers or subscribers of the Subject Accounts:

      (a)    User Neoprint - all user contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers associated with the current profile information, and all wall postings and messages to and from the user.

      (b)    All activity logs for the Subject Accounts and all other documents showing the user's posts and other Facebook activities;

      (c)    User photoprint and videos - all photos and videos uploaded, "liked", or tagged by the user, along with all photos uploaded by any user which have the user tagged in them, any associated photos or links to photos in their original format, including all original meta-data or "EXIF" information;

ATTACHMENT B
PROPERTY TO BE SEIZED
USAO #2016R01184
– 1 –
UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   (d)   All profile information; News Feed information; status updates; links to
2         videos, photographs, articles, and other items; Notes; Wall postings; friend
3         and family lists, including the friend and family Facebook user
4         identification numbers; groups and networks of which the user is a member,
5         including the groups' Facebook group identification numbers; future and
6         past event postings; rejected "Friend" requests; comments; gifts; pokes;
7         tags; and information about the user's access and use of Facebook
8         applications;
9   (e)   All other records of communications and messages made or received by the
10        user, including all private messages, chat history, calling history, and
11        pending "Friend" requests;
12  (f)   All "check ins" and other location information;
13  (g)   I.P. Logs - all IP logs showing log-in and log-off and intraconnection I.P.
14        activity including I.P. addresses and date/time stamps for account accesses
15        as well as account creation I.P. address, date, and time.  Provide source port
16        information for each I.P. log-in and log-off event for the Subject Accounts;
17  (h)   All records of the Subject Accounts' usage of the "Like" feature, including
18        all Facebook posts and all non-Facebook webpages and content that the
19        user has "liked";
20  (i)   All information about the Facebook pages that each Subject Account is or
21        was a "fan" of;
22  (j)   User Friends List/Information – provide a full list of all past and present
23        friends for the Subject Accounts, including all messages and postings
24        between accounts and listed friends;
25  (k)   All records of Facebook searches performed by the Subject Accounts;
26  (l)   All information about the user's access and use of Facebook Marketplace;
27  (m)   The types of service utilized by the user;
28  (n)   The length of service (including start date);

ATTACHMENT B
PROPERTY TO BE SEIZED                    – 2 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

(o)    The means and source of payment for such service (including any credit card or bank account number) and billing records;

(p)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the Subject Accounts;

(q)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken;

(r)    Names (including subscriber names, Facebook user IDs, and screen names);

(s)    Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

(t)    Local and long distance telephone connection records;

(u)    Push Tokens - any unique identifiers that would assist in identifying the device(s) associated with the Subject Accounts, including push notification tokens associated with the Subject Accounts (including Apple Push Notification (APN), Google Cloud Messaging (GCM), Microsoft Push Notification Service (MPNS), Windows Push Notification Service (WNS), Amazon Device Messaging (ADM), and Baidu Cloud Push, phone numbers, IMEI/ESN, serial numbers, instrument numbers), MAC addresses, IP addresses, email addresses, and subscriber information;

(v)    Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP" addresses) associated with those sessions along with time, type, machine (including MAC addresses) cookie, city, region, country, device, and browser;

(w)    Facial recognition data;

(x)    Linked accounts;

(y)    Family members associated with the user of each Subject Account;

ATTACHMENT B
PROPERTY TO BE SEIZED    – 3 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     (z)      Work of the user of each Subject Account;

2     (aa)     Telephone or instrument numbers or identities (including MAC addresses);

3     (bb)     Other subscriber numbers or identities (including temporarily assigned

4              network addresses and registration IP addresses);

5     (cc)     User Contact Information – all user contact information input by the user

6              including name, birthdate, contact email address(es), other related email

7              addresses, address, city, state, zip code, all phone numbers, screen name(s),

8              and website information, to include basic subscriber information and

9              expanded subscriber information;

10    (dd)     Group Contact Information – a list of the user's currently registered groups;

11    (ee)     Location Information – all information pertaining to location data for the

12             Subject Accounts, including but not limited to geo-location data and all

13             other geo-tagging or geo-location related information;

14    (ff)     Device Information – all information pertaining to devices used to upload

15             photos, posts, messages, or updates, including but not limited to Apple

16             UDID, mobile phone number, mobile device ID numbers, and all other

17             information related to the devices;

18    (gg)     Poke Information – all information pertaining to "pokes" initiated by or

19             received by the Subject Accounts;

20    (hh)     Private Messages – all information pertaining to any and all private

21             messages to include content, call logs, and location information for the

22             Subject Accounts;

23    (ii)     Facebook Messenger – all information pertaining to any and all incoming

24             and outgoing Facebook messenger text strings and conversations for the

25             Subject Accounts; and

26    (jj)     All other account information including: any "about you" information, ads,

27             apps and websites, calls and messages, comments, events, following and

28             followers, friends, groups, likes and reactions, location history,

ATTACHMENT B
PROPERTY TO BE SEIZED       – 4 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    marketplace, messages, other activity, pages, payment history, photos and
2    videos, posts, profile information, saved items, search history, security and
3    login information, and "your places" information.
4  B.  All records and other information (not including the contents of communications)
5    relating to the Subject Accounts, including:

6

7  (a)  Records of user activity for each connection activity for each connection
8    made to or from the Subject Accounts, including log files; messaging logs;
9    the date, time, length, and method of connections; data transfer volume;
10    user names; and source and destination of Internet Protocol addresses;
11  (b)  Information about each communication sent or received by the Subject
12    Accounts, including the date and time of the communication, the method of
13    the communication (such as source and destination email addresses, IP
14    addresses, and telephone numbers); and
15  (c)  Records of any Facebook accounts that are linked to the Subject Accounts
16    by machine cookies (meaning all Facebook user IDs that logged into
17    Facebook by the same machine or device as each Subject Account).

18

19  **II.    Information to be seized by the government**
20  All information described above in Section I that relates to the ongoing fugitive
21  investigation involving Santiago Mederos, including, for each user ID identified on
22  Attachment A, information pertaining to the following matters:
23    (a) Any content including e-mails, messages, texts, photographs (including
24    metadata), videos (including metadata), visual images, documents,
25    spreadsheets, address lists, contact lists or communications of any type
26    which could be used to identify the user and or their location.
27    (b) Records relating to who created, used, or communicated with the user ID,
28    including records about their identities and whereabouts.

ATTACHMENT B
PROPERTY TO BE SEIZED                 – 5 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1          (c) All subscriber records associated with the Subject Accounts, including

2              name, address, local and long distance telephone connection records, or

3              records of session times and durations, length of service (including start

4              date) and types of service utilized, telephone or instrument number or other

5              subscriber number or identity, including any temporarily assigned network

6              address, and means and source of payment for such service including any

7              credit card or bank account number.

8         (d) Any and all other log records, including IP address captures, associated

9              with the Subject Accounts;

10        (e) Any records of communications between Facebook and any person about

11             issues relating to the account, such as technical problems, billing inquiries,

12             or complaints from other users about any of the Subject Accounts. This is

13             to include records of contacts between the subscriber and the provider's

14             support services, as well as records of any actions taken by the provider or

15             subscriber as a result of the communications.

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B
PROPERTY TO BE SEIZED       – 6 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _____, attest, under penalties of perjury

under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the

information contained in this declaration is true and correct.  I am employed by

Facebook, and my official title is _____.  I am a custodian

of records for Facebook.  I state that each of the records attached hereto is the original

record or a true duplicate of the original record in the custody of Facebook, and that I am

the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I

further state that:

a.        all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth, by, or from information transmitted by, a person with

knowledge of those matters;

b.        such records were kept in the ordinary course of a regularly conducted business

activity of Facebook; and

c.        such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the

Federal Rules of Evidence.

_____        _____
Date                                                Signature

CERTIFICATION – 1
USAO #2016R01184